# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

139616

MARK CHABAN, P.C.,
   Plaintiff-Appellee,

v

MARK A. MANGANO, RELATED AUTO
CARE, INC., a/k/a DEPENDABLE AUTO
CARE & SALES, and JOHN LYGIZOS,
   Defendants,

and

RANDA H. MANGANO, a/k/a RANDA H.
HADDAD,
   Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139616
COA: 289568
Wayne CC: 08-014821-AV
35th DC: 08-C-0988-GC

_____/

   On order of the Court, the application for leave to appeal the July 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

p0419